WILLIAM E. DAWSON, Appellant, v. BATAVIA RUBBER COMPANY, Respondent, Impleaded, etc.— Appeal dismissed, without costs, upon stipulation filed.

W. E. SNEARING, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

JOSEPH A. KLEIN, as Administrator, etc., Respondent, v. LEO H. DEUTER, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

MARY HOBSON, as Administratrix, etc., Appellant, v. WARD BROTHERS COMPANY, INC., Respondent.— Appeal dismissed, without costs, upon stipulation filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO CARUSO, Appellant.— Appeal dismissed and certificate of reasonable doubt vacated upon stipulation filed.

BENJAMIN F. AIKENS, Respondent, v. ALEXANDER ROBERTS and BERTHA ROBERTS, Appellants.— Motion granted and appeal dismissed, with costs.

W. FAY LOFTUS, Appellant, v. THOMAS CONNELL and JOHN LAFAVRE, Respondents.— Motion granted and appeal dismissed, with costs.

MICHAEL BROWN, Respondent, v. VACUUM OIL COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve briefs by October 6, and be ready for argument on October 10, 1917.

ELIZABETH B. HANNAH and Others, Respondents, v. EDWARD L. PARKER, Individually, etc., and Others, Defendants, and AMERICAN BONDING COMPANY OF BALTIMORE, Appellant.— Motion granted allowing appellant to withdraw its appeal and to serve an answer within twenty days upon payment of costs of the demurrer and ten dollars costs of this motion.

JULIA A. DANKS and Others, Respondents, v. EDWARD L. PARKER, Individually, etc., and Others, Defendants, and AMERICAN BONDING COMPANY OF BALTIMORE, Appellant.— Motion granted allowing appellant to withdraw its appeal and to serve an answer within twenty days, upon payment of the costs of the demurrer and ten dollars costs of this motion.

GEORGE A. BRONSON, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

WILLIAM EARLYMAN, an Infant, etc., Appellant, v. SYRACUSE LIGHTING COMPANY and Another, Respondents.— Motion granted and appeal dismissed, with costs.

GEORGE W. PECK, as Trustee, etc., Respondent, v. HERBERT WHEATON and Others, Appellants.— Motion granted and appeal dismissed, with costs.

WESTERN CARTRIDGE COMPANY, Respondent, v. JOHN J. HAMM, Appellant. — Motion granted and appeal dismissed, with costs.